# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160436(51)(52)(53)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MUHAMMAD ALTANTAWI,
      Defendant-Appellant.
_____/

SC: 160436
COA: 346775
Oakland CC: 2017-265335-FJ

On order of the Chief Justice, the joint motions of the Innocence Project and the Center on Wrongful Convictions of Youth to file a brief amicus curiae, to extend the time for doing so, and to waive the filing fee are GRANTED. The amicus brief submitted on September 28, 2020 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk